**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Minnesota Life Insurance Company, A Minnesota Corporation,

Plaintiff,

v.

Terrence McCool, as Special Administrator to the Estate of Linda Roberson, Michael O'Shay, as Special Administrator to the Estate of Donald Roberson, Amy Roberson, April Roberson, Nancy M. Hutcheson and Lee Ann Allen, Jennifer Lynn Roberson Lawson,

Defendants.

Court File No. 01-CV-003 DSD/JMM

**STIPULATION AND ORDER**

The parties, through counsel, hereby stipulate to Plaintiff Minnesota Life Insurance Company's service and filing of the Amended Complaint, a copy of which is attached hereto.

Dated: 3/21/2001

**HANSEN, DORDELL, BRADT, ODLAUG & BRADT**

Mark M. Suby (#106860)
Attorney for Defendants Terrence McCool, as special administrator to the estate of Linda Roberson, Nancy M. Hutcheson and Lee Ann Allen
3900 Northwoods Drive, Suite 250
St. Paul, MN 55112-6973
Telephone: 651-482-8900

FILED APR 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**HENNEK, KLAENHAMMER & LEES, P.A**

Dated: 4/6/01

Timothy D. Lees (#239525)
Attorney for Michael O'Shea as Special Administrator to the Estate of Donald Roberson
2585 Hamline Avenue N., Ste A
Roseville, MN 55113
Telephone: 651-633-4400

**KRASS MONROE, P.A.**

Dated: ______________________________

______________________________
John Harper III (#41397)
Terrance J. Wagener (#213676)
Attorneys for Plaintiff
1100 Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431-1447
Telephone: (612) 885-5999

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED** that Plaintiff Minnesota Life Insurance Company is granted leave to serve and file the Amended Complaint in this matter.

Dated this ____ day of _____________, 2001.

**BY THE COURT:**

______________________________
John Mason,
United States Magistrate Judge

G:\WPDATA\M\MN LIFE INSURANCE\008 - ROBERSON\PLDG\STIPULATION AND ORDER.DOC

**HENNEK, KLAENHAMMER & LEES, P.A**

Dated: ______________________

______________________
Timothy D. Lees (#239525)
Attorney for Michael O'Shea as Special Administrator to the Estate of Donald Roberson
2585 Hamline Avenue N., Ste A
Roseville, MN 55113
Telephone: 651-633-4400

**KRASS MONROE, P.A.**

Dated: 4/3/01

______________________
John Harper III (#41397)
Terrance J. Wagener (#213676)
Attorneys for Plaintiff
1100 Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431-1447
Telephone: (~~612~~ 952) 885-5999

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED** that Plaintiff Minnesota Life Insurance Company is granted leave to serve and file the Amended Complaint in this matter.

Dated this 23 day of April, 2001.

**BY THE COURT:**

______________________
John Mason,
United States Magistrate Judge

G:\WPDATA\M\MN LIFE INSURANCE\008 - ROBERSON\PLDG\STIPULATION AND ORDER.DOC