UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNESOTA LIFE INSURANCE COMPANY,

Plaintiff,

v.

TERRENCE MCCOOL, MICHAEL O'SHAY, AMY ROBERSON, APRIL ROBERSON, NANCY M. HUTCHESON, LEE ANN ALLEN, and JENNIFER LYNN ROBERSON LAWSON,

Defendants.

CIVIL NO. 01-03 (DSD/JMM)

ORDER

The above matter came on for hearing before the undersigned on July 17, 2001 upon Plaintiff's Motion for Default Judgment. [Docket No. 31]. Terrance J. Wagener, Esq. appeared on behalf of Plaintiff. There were no other appearances. The Court took the Motion under advisement, but believes some additional clarification will aid in the Court's consideration of the issues presented.

ACCORDINGLY, IT IS HEREBY ORDERED

1. Plaintiff may file a Supplemental Affidavit and a revised Proposed Report and Recommendation no later than July 27, 2001. Plaintiff shall also serve these documents on Defendants Amy Roberson and April Roberson no later than July 27, 2001.

2. Defendants Amy Roberson and April Roberson may file written responses no later than August 13, 2001, failing which the Court will recommend granting the relief requested by Plaintiff in the revised Proposed Report and Recommendation.

Dated: July 17, 2001

JOHN M. MASON
United States Magistrate Judge

FILED JUL 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500