UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNESOTA LIFE INSURANCE COMPANY,

Plaintiff,

v.

TERRENCE MCCOOL, MICHAEL O'SHAY, AMY ROBERSON, APRIL ROBERSON, NANCY M. HUTCHESON, LEE ANN ALLEN and JENNIFER LYNN ROBERSON LAWSON,

Defendants.

CIVIL NO. 01-03 (DSD/JMM)

REPORT AND RECOMMENDATION

The above matter came on for hearing before the undersigned on July 17, 2001 upon Plaintiff's Motion for Default Judgment As to Amy Roberson and April Roberson [Docket No. 31]. Terrance J. Wagener, Esq. appeared on behalf of Plaintiff; there were no other appearances by any party or counsel. The matter was referred to the undersigned by the District Court for a Report and Recommendation pursuant to 28 U.S.C. § 636 (b)(1)(B).

The Court took Plaintiff's Motion under advisement and issued an Order dated July 17, 2001, requesting clarification from Plaintiff of the relief it sought; service of a Supplemental Affidavit and a revised proposed Report and Recommendation on Defendants April Roberson and Amy Roberson; and imposing a deadline of August 13, 2001 on April Roberson and Amy Roberson to file written responses to the foregoing.

**FINDINGS OF FACT/REPORT**

1. Defendants April Roberson, k/n/a April Clausen, and Amy Roberson, k/n/a Amy Clausen, have been served with a copy of the Summons and Complaint in this matter; have failed to answer, plead or otherwise appear in these proceedings; and are in

FILED AUG 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

default.

2. The Clerk of Court entered a default against Defendants April Roberson, k/n/a April Clausen and Amy Roberson, k/n/a Amy Clausen, on June 15, 2001.

3. Defendants April Roberson, k/n/a April Clausen and Amy Roberson, k/n/a Amy Clausen were served with a copy of Plaintiff's Motion papers seeking a default judgment on June 25, 2001.

4. Defendants April Roberson, k/n/a April Clausen and Amy Roberson, k/n/a Amy Clausen were served with a copy of the Supplemental Affidavit of Terrance J. Wagener, the proposed Report and Recommendation, and the July 17, 2001 Order by U.S. Mail on July 19, 2001.

5. Defendants April Roberson, k/n/a April Clausen and Amy Roberson, k/n/a Amy Clausen have not responded to Plaintiff's Motion for Default Judgment, the Supplemental Affidavit of Terrance J. Wagener, the proposed Report and Recommendation, or the July 17, 2001 Order.

**RECOMMENDATION**

It is recommended that Plaintiff's Motion for Default Judgment As to Amy Roberson and April Roberson [Docket No. 31] be granted as follows: Defendants April Roberson, k/n/a April Clausen and Amy Roberson, k/n/a Amy Clausen be restrained and enjoined, together with all other persons acting in concert with them or on their behalf from taking any further action or asserting any claims against Minnesota Life by reason of Group Policy No. 25378-G issued by Plaintiff Minnesota Life Insurance Company to Linda

Roberson's employer, St. Paul-Ramsey Medical Center, or the proceeds payable under the Policy.

Dated: August 28, 2001

JOHN M. MASON
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties on or before September 13, 2001 a copy of this Report, written objections which specifically identify the portions of the Report to which objections are made and the bases for each objection.

Unless the parties stipulate that the District Court is not required by 28 U.S.C. § 636 to review a transcript of the hearing in order to resolve all objections made to this Report and Recommendations, the party making the objections shall timely order and file a complete transcript of the hearing on or before September 13, 2001.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500