UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNESOTA LIFE INSURANCE COMPANY, CIVIL NO. 01-03 (DSD/JMM)

Plaintiff,

v. ORDER

TERRENCE MCCOOL, MICHAEL O'SHAY, AMY ROBERSON, APRIL ROBERSON, NANCY M. HUTCHESON, LEE ANN ALLEN and JENNIFER LYNN ROBERSON LAWSON,

Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated August 28, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment As to Amy Roberson and April Roberson [Docket No. 31] is granted as follows: Defendants April Roberson, k/n/a April Clausen and Amy Roberson, k/n/a Amy Clausen are restrained and enjoined, together with all other persons acting in concert with them or on their behalf from taking any further action or asserting any claims against Minnesota Life by reason of Group Policy No. 25378-G issued by Plaintiff Minnesota Life Insurance Company to Linda Roberson's employer, St. Paul-Ramsey Medical Center, or the proceeds payable under the Policy.

Dated: 9/17/01

DAVID S. DOTY
United States District Court Judge

FILED 9-18-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 9-18-01
Deputy Clerk's Initials ______

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500