**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Minnesota Life Insurance Company, a Minnesota corporation

Plaintiff,

v.

Terrence McCool, as Special Administrator to the Estate of Linda Roberson, Michael O'Shay, as Special Administrator to the Estate of Donald Roberson, Amy Roberson, April Roberson, Nancy M. Hutcheson and Lee Ann Allen,

Defendants.

Court File No.: 01-CV-003 DSD/JMM

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the parties to this action and through their respective counsel, that all claims, counterclaims and causes of action asserted in this lawsuit may be dismissed with prejudice and without costs to any party and without further notice.

Dated: 11-2-01

HANSEN, DORDELL, BRADT, ODLAUG & BRADT, P.L.L.P.

By [signature]
Mark M. Suby #106860
Attorneys for Defendants Terrence McCool, as special administrator to the Estate of Linda Roberson, Nancy M. Hutcheson and Lee Ann Allen
3900 Northwoods Drive, Suite 250
St. Paul MN 55112-6973
651/482-8900

DEC 1

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

**HENNEK, KLAENHAMMER & LEES, P.A**

Dated: 11/2/01

Timothy D. Lees (#239525)
Attorney for Michael O'Shea as Special Administrator to the Estate of Donald Roberson
2585 Hamline Avenue N., Ste A
Roseville, MN 55113
Telephone: 651-633-4400

**KRASS MONROE, P.A.**

Dated: 10/29/01

John Harper III (#41397)
Terrance J. Wagener (#213676)
Attorneys for Plaintiff
1100 Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431-1447
Telephone: (612) 885-5999

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED** that all claims and causes of action asserted by and between the parties to this lawsuit are dismissed with prejudice and without costs to any party and without further notice.

Dated: 12/18/01

**BY THE COURT:**

Judge of United Stated District Court

G:\WPDATA\M\MN LIFE INSURANCE\008 - ROBERSON\PLDG\STIPULATION AND ORDER OF DISMISSAL W PREJUDICE.DOC